**CHIEF JUSTICE**
    ROGELIO VALDEZ

**JUSTICES**
    NELDA V. RODRIGUEZ
    DORI CONTRERAS GARZA
    GINA M. BENAVIDES
    GREGORY T. PERKES
    NORA L. LONGORIA

**CLERK**
    DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 14, 2015

Hon. Abel Acosta
Court of Criminal Appeals
201 W. 14th Street, Room 106
Austin TX 78701

Re:      Cause No. 13-15-00532-CR
Tr.Ct.No. 06-1-22216-D
Style:    Ahmad Rasheed v. The State of Texas

The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:    Mr. Ahmad Rasheed
       Hon. Mark Skurka (DELIVERED VIA E-MAIL)